**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>**SUNBELT FUNDING COMPANY INC.**<br><br>**Debtor(s)** | Case # 10-06584-DD<br><br>Chapter 7 |

**CERTIFICATE OF SERVICE**

The undersigned, Elaine MacMillan, hereby states that, as per the Court's directive and SC LBR 5075-1, she mailed the within Order on Motion to Reopen Case to the parties shown below either electronically where appropriate or by depositing the same in the U.S. Post Office, postage prepaid, at Myrtle Beach, South Carolina, where there is regular communication by mail, and that same was mailed on **November 19, 2014**.

   /s/ Elaine MacMillan
Elaine MacMillan, Assistant
Office of Michelle L. Vieira, Trustee
P O Box 70309
Myrtle Beach, SC  29572
Phone (843) 497-9800
Fax     (877) 684-1614
Email: emac726@hotmail.com

<u>Debtor's Attorney</u>
MICHAEL J. COX
*(Served Electronically)*

<u>Office of United States Trustee</u>
*(Served Electronically)*

<u>Stephen Lochner</u>
(*served electronically*)